IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CV-954-D

| LEROY COLEMAN, JR., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| ALTEC, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This case comes before the court for the scheduling of a court-hosted settlement conference required to be held in this case by the court's 7 September 2018 Order (D.E. 66).[1] The conference shall be subject to the following:

1. No later than 1 October 2018, the parties shall confer and determine three dates up to and including 9 November 2018 upon which they and the other required attendees under Local Civil Rule 101.2(d)(1), E.D.N.C. are mutually available for the settlement conference. The persons specified in Local Civil Rule 101.2(d) shall attend the session in person. Failure to attend in person without the court's prior permission can result in the imposition of sanctions.

2. Counsel for defendant shall file a notice setting out the three proposed dates for the settlement conference within one day after the conference provided for in the preceding paragraph.

3. The court will schedule the settlement conference after the filing of defendant's notice.

---

[1] Plaintiff has a pending motion to compel mediation (D.E. 61), which was referred to the undersigned for disposition. *See* D.E. 63. The 7 September 2018 Order (D.E. 66) provides the relief sought by plaintiff in his motion to compel and it is accordingly DENIED as moot.

4. The settlement conference shall be conducted in accordance with Local Civil Rule 101.2, E.D.N.C.

SO ORDERED, this 10 day of September 2018.

James E. Gates
United States Magistrate Judge