IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CV-954-D

| | |
|---|---|
| LEROY COLEMAN, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| ALTEC, INC., | ) ) ) |
| Defendant. | ) ) |

This case is before the court on the consent motion (D.E. 170) by defendant Altec Industries ("defendant") to excuse its insurance representative, Therese Huber, from in-person attendance at the settlement conference scheduled for 16 October 2018 (*see* D.E. 69). Absent excuse, the in-person attendance of a party's insurance representative is required under Local Civil Rule 101.2(d)(1)(iii), E.D.N.C. The ground for the motion is that Huber would have "difficulty" traveling from Atlanta to Raleigh for the settlement conference. The nature of the difficulty is not specified, and it is not otherwise apparent why travel from such a relatively close city would present undue difficulty.

The court finds that defendant has failed to show good cause for excusing Huber's in-person attendance, particularly in light of the important role that an insurance representative's in-person attendance generally plays in the effectiveness of settlement conferences such as this. Defendant's motion is accordingly DENIED. Huber shall attend the 16 October 2018 settlement conference in person. Failure by her to attend in person would subject her, defendant, or both to the imposition of sanctions, including a finding of contempt.

SO ORDERED, this 1st day of October 2018.

_____
James E. Gates
United States Magistrate Judge