IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-954-D

| | |
|---|---|
| LEROY COLEMAN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALTEC, INC., ) | |
| ) | |
| Defendants. ) | |

On March 24, 2020, Leroy Coleman, Jr. moved again to "throw out" the settlement [D.E. 81]. The motion contains baseless accusations against the mediator and opposing counsel. See id. The parties settled the action, and the settlement terms are clear. See Hensley v. Alcon Labs., Inc., 277 F.3d 535, 540 (4th Cir. 2002); Moore v. Beaufort Cty., 936 F.2d 159, 163–64 (4th Cir. 1991); Millner v. Norfolk & W. Ry., 643 F.2d 1005, 1009 (4th Cir. 1981). The motion [D.E. 81] is DENIED as baseless.

SO ORDERED. This 15 day of July 2020.

JAMES C. DEVER III
United States District Judge