IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-954-D

| | |
|---|---|
| LEROY COLEMAN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ALTEC, INC., ) | |
| ) | |
| Defendant. ) | |

On May 11, 2021, Leroy Coleman, Jr. filed a document entitled "motion to throw out settlement." See [D.E. 90]. The document contains baseless accusations against the mediator and the undersigned. See id. The parties settled the action, and the settlement terms are clear. See Hensley v. Alcon Lab'ys, Inc., 277 F.3d 535, 540 (4th Cir. 2002); Moore v. Beaufort Cnty., 936 F.2d 159, 163–64 (4th Cir. 1991); Millner v. Norfolk & W. Ry., 643 F.2d 1005, 1009 (4th Cir. 1981). To the extent the document is a motion, the motion [D.E. 90] is DENIED. The case remains closed.

SO ORDERED. This 9 day of June 2021.

JAMES C. DEVER III
United States District Judge