IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-954-D

| | |
|---|---|
| LEROY COLEMAN, JR., )<br>　　　　　Plaintiff, )<br>　v. )<br>ALTEC, INC., )<br>　　　　　Defendant. ) | **ORDER** |

It is that time of year again. Leroy Coleman, Jr. has returned with his annual motion to throw out the settlement. See [D.E. 92]; cf. [D.E. 77] (2019 motion); [D.E. 81] (2020 motion); [D.E. 90] (2021 motion). As always, the document contains baseless accusations against the mediator and the undersigned. See [D.E. 92]. The parties settled the action, and the settlement terms are clear. See Hensley v. Alcon Lab'ys, Inc., 277 F.3d 535, 540 (4th Cir. 2002); Moore v. Beaufort Cnty., 936 F.2d 159, 163–64 (4th Cir. 1991); Millner v. Norfolk & W. Ry., 643 F.2d 1005, 1009 (4th Cir. 1981). The motion [D.E. 92] is DENIED as baseless. The case remains closed.

SO ORDERED. This 15 day of July, 2022.

　　　　　　　　　　　　　　　　　　　*/s/ Dever*
　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　United States District Judge